HANSON BRIDGETT LLP
SEAN-THOMAS P. THOMPSON, SBN 210529
sthompson@hansonbridgett.com
JOHN W. KLOTSCHE, SBN 257992
jklotsche@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:   (916) 442-3333
Facsimile:    (916) 442-2348

Attorneys for Plaintiff HAROLD E. NUTTER, INC., dba HAROLD E. NUTTER & SON, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF HAROLD E. NUTTER, INC., dba HAROLD E. NUTTER & SON, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>KORTE CONSTRUCTION COMPANY, dba THE KORTE CO., a Missouri corporation; and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Defendants. | CASE NO. 2:12−CV−02449−JAM−GGH<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON KORTE CONSTRUCTION COMPANY'S MOTION TO DISMISS** |

Plaintiff Harold E. Nutter, Inc. dba Harold E. Nutter & Son, Inc. ("Nutter"), defendant Korte Construction Company dba The Korte Co. ("Korte") and defendant Travelers Casualty And Surety Company of America ("Travelers") hereby stipulate, through their counsel of record, that the hearing on Korte's Motion To Dismiss currently scheduled for April 3, 2013 be continued to June 5, 2013 at 9:30 a.m., or as soon thereafter as the matter may be heard, and any opposition or reply papers shall be filed and served pursuant to the timing provisions of Local Rule 230 based on the continued hearing date.

Good cause exists for the approval of this stipulation in that the parties are actively engaged in settlement negotiations that, if successful, could resolve this entire action.

Therefore, the parties have stipulated to this continuance so that they may avoid the unnecessary expenditure of legal fees associated with Korte's Motion to Dismiss in the event their settlement efforts are successful.

DATED: March 7. 2013          HANSON BRIDGETT LLP

By:      /s/ John W. Klotsche
   SEAN P. THOMPSON
   JOHN W. KLOTSCHE
   Attorneys for Plaintiff HAROLD E. NUTTER, INC., dba HAROLD E. NUTTER & SON, INC.

DATED: March 7, 2013          GREENSFELDER, HEMKER & GALE, P.C.

By:      /s/ Michael E. Wilson
   MARY ANN L. WYMORE
   MICHAEL E. WILSON
   Attorneys for Defendants Korte Construction Company dba The Korte Co. and Travelers Casualty And Surety Company of America

**IT IS SO ORDERED:**

DATED:  3/7/2013          /s/ John A. Mendez
                    UNITED STATES DISTRICT COURT JUDGE