HANSON BRIDGETT LLP
SEAN-THOMAS P. THOMPSON, SBN 210529
sthompson@hansonbridgett.com
JOHN W. KLOTSCHE, SBN 257992
jklotsche@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:   (916) 442-3333
Facsimile:   (916) 442-2348

Attorneys for Plaintiff HAROLD E. NUTTER, INC., dba HAROLD E. NUTTER & SON, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF HAROLD E. NUTTER, INC., dba HAROLD E. NUTTER & SON, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>KORTE CONSTRUCTION COMPANY, dba THE KORTE CO., a Missouri corporation; and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Defendants. | CASE NO. 2:12−CV−02449−JAM−GGH<br><br>**JOINT STIPULATION AND ORDER TO STAY CASE PENDING MEDIATION** |

IT IS HEREBY STIPULATED by and between Harold E. Nutter, Inc. dba Harold E. Nutter & Son, Inc. ("Nutter"), Korte Construction Company dba The Korte Co. ("Korte") and Travelers Casualty And Surety Company of America ("Travelers"), through their counsel of record, as follows:

1. In an effort to try and reach an early resolution of this action, Nutter, Korte and Travelers agree that Nutter's claims should be mediated before Donald L. Sullivan. The mediation shall involve counsel and representatives for Nutter and Korte, respectively, and is scheduled for June 12, 2013.

2. Therefore, in order to preserve judicial economy, as well as to prevent any unnecessary discovery and litigation costs to Nutter, Korte and Travelers, the parties have agreed, subject to court approval, that all proceedings be stayed pending completion of mediation, including the hearing on Korte's Motion to Dismiss currently set for June 6, 2013, and all related deadlines.

3. Within fourteen (14) days after completion of mediation, the parties will update the Court, in writing, on the outcome of the mediation. If the parties have not reached a settlement at that time, the stay will no longer be in effect and the Court shall reschedule the hearing on Korte's Motion to Dismiss, and all related deadlines.

DATED: May 9, 2013                HANSON BRIDGETT LLP

                                  By:      /s/ John W. Klotsche
                                     SEAN P. THOMPSON
                                     JOHN W. KLOTSCHE
                                     Attorneys for Plaintiff HAROLD E. NUTTER,
                                     INC., dba HAROLD E. NUTTER & SON, INC.

DATED: May 9, 2013                GREENSFELDER, HEMKER & GALE, P.C.

                                  By:      /s/ Michael E. Wilson
                                     MARY ANN L. WYMORE
                                     MICHAEL E. WILSON
                                     Attorneys for Defendants Korte Construction
                                     Company dba The Korte Co. and Travelers
                                     Casualty And Surety Company of America

## ORDER

All proceedings in this case, including the June 6, 2013 hearing on Korte Construction Company dba The Korte Co.'s ("Korte") Motion to Dismiss and related deadlines, are stayed pending completion of the mediation currently scheduled for June 12, 2013 before Donald L. Sullivan.

Within fourteen (14) days after the completion of mediation, the parties will update the Court, in writing, on the outcome of mediation. If the parties have not reached a

settlement at that time, the stay will no longer be in effect and the Court shall reschedule the hearing on Korte's Motion to Dismiss, and all related deadlines.

DATED: 5/10/2013          /s/ John A. Mendez
                                         UNITED STATES DISTRICT COURT JUDGE