1 | HANSON BRIDGETT LLP
SEAN-THOMAS P. THOMPSON, SBN 210529
2 | sthompson@hansonbridgett.com
JOHN W. KLOTSCHE, SBN 257992
3 | jklotsche@hansonbridgett.com
500 Capitol Mall, Suite 1500
4 | Sacramento, California 95814
Telephone:    (916) 442-3333
5 | Facsimile:    (916) 442-2348

6 | Attorneys for Plaintiff HAROLD E. NUTTER,
INC., dba HAROLD E. NUTTER & SON, INC.
7 |

8 |                 **UNITED STATES DISTRICT COURT**

9 |         **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

10 |

11 | THE UNITED STATES OF AMERICA       **CASE NO. 2:12−CV−02449−JAM−GGH**
FOR THE USE AND BENEFIT OF
12 | HAROLD E. NUTTER, INC., dba        **JOINT STATUS REPORT RE**
HAROLD E. NUTTER & SON, INC., a    **MEDIATION, STIPULATION TO STAY**
13 | California corporation,            **CASE; AND ORDER**

14 |                 Plaintiff,

15 |         v.

16 | KORTE CONSTRUCTION COMPANY,
dba THE KORTE CO., a Missouri
17 | corporation; and TRAVELERS
CASUALTY AND SURETY COMPANY
18 | OF AMERICA, a Connecticut corporation,

19 |                 Defendants.

20 |

21 |         Pursuant to the Court's Order to stay this case pending mediation dated May 10,

22 | 2013, Harold E. Nutter, Inc. dba Harold E. Nutter & Son, Inc., ("Nutter") Korte

23 | Construction Company dba The Korte Co. ("Korte"), and Travelers Casualty and Surety

24 | Company of America ("Travelers") hereby submit the following joint status report and

25 | stipulation.

26 |         On June 12, 2013, the parties mediated their claims before Donald L. Sullivan. As

27 | a result of that mediation, the parties have reached a settlement that will resolve this

28 | entire action.  The terms of the settlement agreement, which the parties are presently

5205295.1

-1-

negotiating, contemplate the occurrence of certain future events that are within the control of a non-party.  The parties expect to be in a position to inform the Court by no later than October 4, 2013 that a final settlement agreement resolving this entire action has been signed.

In order to allow the parties more time to consummate the settlement, and in order to preserve judicial economy and prevent any unnecessary discovery and litigation costs, Nutter, Korte and Travelers hereby stipulate, through their counsel of record, that all proceedings in this action be stayed until October 4, 2013.  The parties further agree to update the Court, in writing, on the status of their settlement on or before October 4, 2013.

DATED: June 26, 2013                     HANSON BRIDGETT LLP


By:_____/s/ John W. Klotsche_____
   SEAN P. THOMPSON
   JOHN W. KLOTSCHE
   Attorneys for Plaintiff HAROLD E. NUTTER,
   INC., dba HAROLD E. NUTTER & SON, INC.

DATED: June 26, 2013                     GREENSFELDER, HEMKER & GALE, P.C.


By:_____/s/ Michael E. Wilson_____
   MARY ANN L. WYMORE
   MICHAEL E. WILSON
   Attorneys for Defendants Korte Construction
   Company dba The Korte Co. and Travelers
   Casualty And Surety Company of America

## ORDER

Pursuant to the above joint status report and stipulation, all proceedings in this case are stayed until October 4, 2013.  The parties will update the Court, in writing, on the status of their settlement on or before October 4, 2013.


DATED:  6/26/2013                        /s/ John A. Mendez_____
                                         UNITED STATES DISTRICT COURT JUDGE