HANSON BRIDGETT LLP
SEAN-THOMAS P. THOMPSON, SBN 210529
sthompson@hansonbridgett.com
JOHN W. KLOTSCHE, SBN 257992
jklotsche@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:   (916) 442-3333
Facsimile:   (916) 442-2348

Attorneys for Plaintiff HAROLD E. NUTTER, INC., dba HAROLD E. NUTTER & SON, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF HAROLD E. NUTTER, INC., dba HAROLD E. NUTTER & SON, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>KORTE CONSTRUCTION COMPANY, dba THE KORTE CO., a Missouri corporation; and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Defendants. | **CASE NO. 2:12-CV-02449-JAM-GGH**<br><br>**JOINT STATUS REPORT RE MEDIATION, STIPULATION TO STAY CASE; AND ORDER** |

Pursuant to the Court's Order to stay this case pending mediation dated May 10, 2013, Harold E. Nutter, Inc. dba Harold E. Nutter & Son, Inc., ("Nutter") Korte Construction Company dba The Korte Co. ("Korte"), and Travelers Casualty and Surety Company of America ("Travelers") hereby submit the following joint status report and stipulation.

On June 12, 2013, the parties mediated their claims before Donald L. Sullivan. As a result of that mediation, the parties have reached a settlement that will resolve this entire action. The terms of the settlement agreement, which the parties are presently

1  negotiating, contemplate the occurrence of certain future events that are within the
2  control of a non-party.  The parties expect to be in a position to inform the Court by no
3  later than October 4, 2013 that a final settlement agreement resolving this entire action
4  has been signed.

5  In order to allow the parties more time to consummate the settlement, and in order
6  to preserve judicial economy and prevent any unnecessary discovery and litigation costs,
7  Nutter, Korte and Travelers hereby stipulate, through their counsel of record, that all
8  proceedings in this action be stayed until October 4, 2013.  The parties further agree to
9  update the Court, in writing, on the status of their settlement on or before October 4,
10 2013.

DATED: June 26, 2013                    HANSON BRIDGETT LLP

By:      /s/ John W. Klotsche
        SEAN P. THOMPSON
        JOHN W. KLOTSCHE
        Attorneys for Plaintiff HAROLD E. NUTTER,
        INC., dba HAROLD E. NUTTER & SON, INC.

DATED: June 26, 2013                    GREENSFELDER, HEMKER & GALE, P.C.

By:      /s/ Michael E. Wilson
        MARY ANN L. WYMORE
        MICHAEL E. WILSON
        Attorneys for Defendants Korte Construction
        Company dba The Korte Co. and Travelers
        Casualty And Surety Company of America

## **ORDER**

Pursuant to the above joint status report and stipulation, all proceedings in this case are stayed until October 4, 2013.  The parties will update the Court, in writing, on the status of their settlement on or before October 4, 2013.

DATED:  6/26/2013                       /s/ John A. Mendez
                                        UNITED STATES DISTRICT COURT JUDGE