HANSON BRIDGETT LLP
SEAN-THOMAS P. THOMPSON, SBN 210529
sthompson@hansonbridgett.com
JOHN W. KLOTSCHE, SBN 257992
jklotsche@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:   (916) 442-3333
Facsimile:   (916) 442-2348

Attorneys for Plaintiff HAROLD E. NUTTER, INC., dba HAROLD E. NUTTER & SON, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF HAROLD E. NUTTER, INC., dba HAROLD E. NUTTER & SON, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>KORTE CONSTRUCTION COMPANY, dba THE KORTE CO., a Missouri corporation; and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Defendants. | **CASE NO. 2:12−CV−02449−JAM−GGH**<br><br>**JOINT STATUS REPORT; STIPULATION TO STAY CASE; AND ORDER** |

Pursuant to the Court's Order to stay this case dated June 26, 2013, Harold E. Nutter, Inc. dba Harold E. Nutter & Son, Inc., ("Nutter") Korte Construction Company dba The Korte Co. ("Korte"), and Travelers Casualty and Surety Company of America ("Travelers") hereby submit the following joint status report and stipulation.

On June 12, 2013, the parties mediated their claims before Donald L. Sullivan. As a result of that mediation, the parties entered into a conditional settlement to resolve this entire action. The settlement is now memorialized in a fully-executed settlement agreement. The settlement is conditioned upon the occurrence of a future event that, if

1  satisfied, will enable the parties to file a stipulation to dismiss this entire action by January
2  6, 2014.
3      In order to allow the parties more time to consummate the settlement, and in order
4  to preserve judicial economy and prevent any unnecessary discovery and litigation costs,
5  Nutter, Korte and Travelers hereby stipulate, through their counsel of record, that all
6  proceedings in this action continue to be stayed until January 6, 2014. The parties further
7  agree to either file a stipulation for dismissal or update the Court, in writing, on the status
8  of their settlement on or before January 6, 2014.

DATED: September 24, 2013        HANSON BRIDGETT LLP

By:      /s/ John W. Klotsche
    SEAN P. THOMPSON
    JOHN W. KLOTSCHE
    Attorneys for Plaintiff HAROLD E. NUTTER,
    INC., dba HAROLD E. NUTTER & SON, INC.

DATED: September 24, 2013        GREENSFELDER, HEMKER & GALE, P.C.

By:      /s/ Michael E. Wilson
    MARY ANN L. WYMORE
    MICHAEL E. WILSON
    Attorneys for Defendants Korte Construction
    Company dba The Korte Co. and Travelers
    Casualty And Surety Company of America

## **ORDER**

Pursuant to the above joint status report and stipulation, all proceedings in this case are stayed until January 6, 2014.  The parties shall either file a stipulation for dismissal or update the Court, in writing, on the status of their settlement on or before January 6, 2014.

DATED:  9/24/2013        /s/ John A. Mendez
    UNITED STATES DISTRICT COURT JUDGE