HANSON BRIDGETT LLP
SEAN-THOMAS P. THOMPSON, SBN 210529
sthompson@hansonbridgett.com
JOHN W. KLOTSCHE, SBN 257992
jklotsche@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:   (916) 442-3333
Facsimile:    (916) 442-2348

Attorneys for Plaintiff HAROLD E. NUTTER, INC., dba HAROLD E. NUTTER & SON, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF HAROLD E. NUTTER, INC., dba HAROLD E. NUTTER & SON, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>KORTE CONSTRUCTION COMPANY, dba THE KORTE CO., a Missouri corporation; and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Defendants. | **CASE NO. 2:12−CV−02449−JAM−GGH**<br><br>**JOINT STATUS REPORT; STIPULATION TO STAY CASE; AND ORDER** |

Pursuant to the Court's Order to stay this case dated June 26, 2013, Harold E. Nutter, Inc. dba Harold E. Nutter & Son, Inc., ("Nutter") Korte Construction Company dba The Korte Co. ("Korte"), and Travelers Casualty and Surety Company of America ("Travelers") hereby submit the following joint status report and stipulation.

On June 12, 2013, the parties mediated their claims before Donald L. Sullivan. As a result of that mediation, the parties entered into a conditional settlement to resolve this entire action. The settlement is now memorialized in a fully-executed settlement agreement. The settlement is conditioned upon the occurrence of a future event that, if

1  satisfied, will enable the parties to file a stipulation to dismiss this entire action by January
2  6, 2014.
3      In order to allow the parties more time to consummate the settlement, and in order
4  to preserve judicial economy and prevent any unnecessary discovery and litigation costs,
5  Nutter, Korte and Travelers hereby stipulate, through their counsel of record, that all
6  proceedings in this action continue to be stayed until January 6, 2014. The parties further
7  agree to either file a stipulation for dismissal or update the Court, in writing, on the status
8  of their settlement on or before January 6, 2014.

10  DATED: September 24, 2013        HANSON BRIDGETT LLP

12              By:    /s/ John W. Klotsche
                  SEAN P. THOMPSON
                  JOHN W. KLOTSCHE
13                Attorneys for Plaintiff HAROLD E. NUTTER,
                  INC., dba HAROLD E. NUTTER & SON, INC.

14  DATED: September 24, 2013        GREENSFELDER, HEMKER & GALE, P.C.

16              By:    /s/ Michael E. Wilson
                  MARY ANN L. WYMORE
17                MICHAEL E. WILSON
                  Attorneys for Defendants Korte Construction
18                Company dba The Korte Co. and Travelers
                  Casualty And Surety Company of America

20                          **ORDER**

21      Pursuant to the above joint status report and stipulation, all proceedings in this
22  case are stayed until January 6, 2014.  The parties shall either file a stipulation for
23  dismissal or update the Court, in writing, on the status of their settlement on or before
24  January 6, 2014.

26  DATED:  9/24/2013         /s/ John A. Mendez
                  UNITED STATES DISTRICT COURT JUDGE