HANSON BRIDGETT LLP
SEAN-THOMAS P. THOMPSON, SBN 210529
sthompson@hansonbridgett.com
JOHN W. KLOTSCHE, SBN 257992
jklotsche@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:   (916) 442-3333
Facsimile:    (916) 442-2348

Attorneys for Plaintiff HAROLD E. NUTTER, INC., dba HAROLD E. NUTTER & SON, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF HAROLD E. NUTTER, INC., dba HAROLD E. NUTTER & SON, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>KORTE CONSTRUCTION COMPANY, dba THE KORTE CO., a Missouri corporation; and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Defendants. | **CASE NO. 2:12−CV−02449−JAM−GGH**<br><br>**STIPULATION OF DISMISSAL; AND ORDER** |

IT IS HEREBY STIPULATED by and between Harold E. Nutter, Inc. dba Harold E. Nutter & Son, Inc., Korte Construction Company dba The Korte Co., and Travelers Casualty and Surety Company of America, through their counsel of record, that the above-captioned action be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each side to bear their own fees and costs.

6023984.1

-1-
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | DATED: January 6, 2014 | HANSON BRIDGETT LLP |
| 2 | | |
| 3 | | By:   /s/ John W. Klotsche  <br>SEAN P. THOMPSON <br>JOHN W. KLOTSCHE |
| 4 | | Attorneys for Plaintiff HAROLD E. NUTTER, INC., dba HAROLD E. NUTTER & SON, INC. |
| 5 | | |
| 6 | DATED: January 6, 2014 | GREENSFELDER, HEMKER & GALE, P.C. |
| 7 | | By:   /s/ Michael E. Wilson  <br>MARY ANN L. WYMORE <br>MICHAEL E. WILSON |
| 8 | | |
| 9 | | Attorneys for Defendants KORTE CONSTRUCTION COMPANY dba The Korte Co.; and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA |
| 10 | | |

**IT IS SO ORDERED.**

DATED: 1/6/2014      /s/ John A. Mendez
                     UNITED STATES DISTRICT COURT JUDGE